IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 2:18-cv-00550-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT GOOGLE LLC'S UNOPPOSED MOTION TO FILE UNDER SEAL ITS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404, DECLARATIONS, AND EXHIBITS**

In accordance with Local Rule CV-5(a)(7), Defendant Google LLC ("Google") respectfully requests leave to file under seal Google's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404 ("Motion") as well as all supporting documents, declarations, and exhibits. In addition to the Motion, at least the Declaration of Patrick Orr contains confidential and sensitive information, and public disclosure of this information would be harmful to Google. Google's Motion incorporates confidential and sensitive information from at least this Declaration.

Since there is not yet a Protective Order entered in this matter, Google respectfully requests that this Court enter an order permitting Google to file under seal its Motion and supporting documents, which are being filed concurrently. Plaintiff Uniloc 2017 LLC does not oppose this Motion. A proposed order granting Google's requested relief is attached.

| | |
|---|---|
| Dated: 28, 2019 | Respectfully submitted,<br><br>/s/ *Robert W. Unikel* |
| | Robert W. Unikel<br>Michelle Marek Figueiredo<br>Paul Hastings LLP<br>71 S. Wacker, Suite 4500<br>Chicago, IL 60606<br>(312) 499-6000<br>robertunikel@paulhastings.com<br>michellemarek@paulhastings.com<br><br>Robert Laurenzi<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY  10166<br>(212) 318-6000<br>**robertlaurenzi@paulhastings.com**<br><br>Elizabeth Brann<br>Ariell Bratton<br>Paul Hastings LLP<br>4747 Executive Drive<br>Twelfth Floor<br>San Diego, CA 92121<br>(858) 458-3000<br>elizabethbrann@paulhastings.com<br>ariellbratton@paulhastings.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>POTTER MINTON LLP<br>110 N. College Avenue, Suite 500<br>Tyler, TX 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br><br>*Attorneys for Google LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on June 28, 2019.

*/s/ Robert W. Unikel*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Google has complied with the meet and confer requirement in Local Rule CV-7(h).  The personal conference required by Local Rule CV-7(h) was conducted on June 26, 2019 via telephonic conference with the following participants:  Robert W. Unikel, Elizabeth Brann and Michael Jones for Google and Jim Etheridge, Ryan Loveless and Travis Richins for Uniloc 2017.  This motion is unopposed.

*/s/ Robert W. Unikel*