## DECLARATION OF PATRICK ORR

I, Patrick Orr, declare and state as follows:































Patrick Orr