**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC AND UNILOC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action Nos. 2:18-cv-00491, -492, -493, -494, -495, -496, -497, -498, -499, -500, -501, -502, -503, -504 <br><br> **FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** <br><br> **JURY TRIAL DEMANDED** |
| UNILOC 2017 LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action Nos. 2:18-cv-00548, -549, -550, -551, -552, -553 <br><br> **FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** <br><br> **JURY TRIAL DEMANDED** |

**<u>DECLARATION OF JO VALLERY IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404</u>**

I, Jo Vallery, declare and state as follows:

1. I am a paralegal of Potter Minton, A.P.C., of which Michael E. Jones and Patrick C. Clutter, IV are counsels of record for Defendant Google LLC ("Google") in the above identified matters. I have personal knowledge of the facts stated herein and if called as a witness could testify competently hereto.

2. On June 25, 2019, I visited the Texas Secretary of State website and searched for the entity "Uniloc 2017 LLC" on SOSDirect. The Texas Secretary of State website did not find any records matching the entity "Uniloc 2017 LLC," as reflected in Exhibit G.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2019 in Tyler, Texas.

/s/ Jo Vallery