**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC AND UNILOC USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action Nos. 2:18-cv-00491, -492, -493, -494, -495, -496, -497, -498, -499, -500, -501, -502, -503, -504<br><br>**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>**JURY TRIAL DEMANDED** |
| UNILOC 2017 LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action Nos. 2:18-cv-00548, -549, -550, -551, -552, -553<br><br>**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF AMANDA TEKELL IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404**

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

I, Amanda Tekell, declare and state as follows:

1. I am a paralegal of Potter Minton, A.P.C., of which Michael E. Jones and Patrick C. Clutter, IV are counsels of record for Defendant Google LLC ("Google") in the above-identified matters. I have personal knowledge of the facts stated herein and if called as a witness could testify competently hereto.

2. On March 28, 2019 and June 27, 2019, I visited Uniloc 2017's Tyler office referenced in Uniloc 2017's Complaint at 102 N. College Avenue, Suite 303, Tyler, Texas 75702. On both dates, the building directory at the address of Uniloc 2017's Tyler office stated "Uniloc USA, Inc." with the name of Uniloc's outside litigation counsel, Jim Etheridge, listed underneath. No other entities or names were listed in the building directory for Suite 303.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2019 in Tyler, Texas.

/s/ *Amanda Tekell*
Amanda Tekell