# EXHIBIT B

# EXHIBIT A

Redacted pursuant to Uniloc's ongoing contention that
certain information therein should be sealed.
Apple objects to Uniloc's designation but has redacted this transcript
in order to avoid motion practice before the Court.

Case 2:17-cv-00571-JRG-RSP Document 243-7 Filed 09/22/17 Page 2 of 8 PageID #: 714
Case 2:18-cv-00559-JRG-RSP Document 28-7 Filed 07/01/19 Page 3 of 10 PageID #: 152
Confidential - Attorneys' Eyes Only

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                         MARSHALL DIVISION


   UNILOC USA, INC. and            )
   UNILOC LUXEMBOURG S.A.,          )
                                    )
                                    )
            Plaintiffs,             ) CIVIL ACTION NO.:
                                    )
   vs.                              ) 2:17-cv-00258
                                    )
   APPLE, INC.,                     )
                                    )
            Defendant.              )




        *******************************************
             VIDEOTAPED/REALTIMED DEPOSITION OF
                 SEAN DYLAN BURDICK, P.E.
                     AUGUST 3, 2017
           CONFIDENTIAL - ATTORNEYS' EYES ONLY
        *******************************************
```

Case 2:18-cv-00550-JRG-RSP   Document 28-7   Filed 07/01/19   Page 4 of 10 PageID #: 163
Case 2:17-cv-00571-JRG-RSP   Document 41-31   Filed 09/22/17   Page 13 of 43 PageID #: 985

Confidential - Attorneys' Eyes Only

```
 1        Q.   Anyone else?
 2        A.   Yes.  There was another firm in Irvine,
 3   California.  I'm sorry, their name escapes me.
 4        Q.   Anyone else that you can think of?
 5        A.   Yes.  We have foreign associates.
 6        Q.   Fair enough.  We're restricting your
 7   answer to the prosecution of United States patents
 8   and patent applications.
 9             Can you think of anyone that you
10   haven't already identified for me that Uniloc USA
11   has used as an external consultant or law firm in
12   the past three years for patent prosecution?
13        A.   I think that's all.
14        Q.   Have the business functions of Uniloc USA
15   that are conducted in the Plano office changed in
16   any way in the last three years?
17        A.   No.
18        Q.   What business functions of Uniloc USA are
19   conducted out of the Irvine and now Newport Beach,
20   California offices?
21        A.   The Newport Beach office is primarily an
22   executive office for meetings, in-person meetings,
23   phone conferences.  We discuss at the executive
24   levels the business of the company, both Uniloc USA
25   business and Uniloc Luxembourg business.
```

Case 2:18-cv-00550-JRG-RSP   Document 28-7   Filed 07/01/19   Page 5 of 10 PageID #: 168
Case 2:17-cv-00571-JRG-RSP   Document 41-3   Filed 09/24/18   Page 5 of 10 PageID #: 716
Confidential - Attorneys' Eyes Only

```
 1   is -- could be a dozen in a month.
 2       Q.   Okay.  Well, ballpark for me, then, are we
 3   talking about over the last three years 100 days
 4   that Uniloc's employees, you, Mr. Etchegoyen, and
 5   then Mr. Maynard, the external counsel, have spent
 6   in executive meetings in Southern California?
 7       A.   Could you please repeat the question.
 8       Q.   Sure.  Can you ballpark for me how many
 9   days over the past three years Uniloc's employees,
10   such as yourself and Mr. Maynard, have spent in
11   executive meetings in Southern California?
12       A.   Well, if you can give me a minute to
13   think.
14       Q.   Please.
15       A.   Probably around 100 meetings.
16       Q.   When you say "a meeting," you're referring
17   to a day in which individuals such as yourself and
18   Mr. Etchegoyen met together, correct?
19       A.   Yes, that's fair.
20   █    ████████   ████████████████████████████████
21   ████████████████████████████████████████████████
22   ████████████████████████████████
23   ██   ████   █████████████████████████████████
24   ████████████████████████████████████████████████
25   ██████████████████████████████████
```

Case 2:18-cv-00550-JRG-RSP   Document 28-7   Filed 07/01/20   Page 6 of 10 PageID #: 170
Case 2:17-cv-00571-JRG-RSP   Document 43-7   Filed 09/24/19   Page 6 of 10 PageID #: 717
Confidential - Attorneys' Eyes Only

```
 1    10:09 a.m.
 2              (A recess was taken from 10:09 a.m. to
 3         10:22 a.m.)
 4              THE VIDEOGRAPHER:  Back on record at
 5    10:22 a.m.  Beginning of Media 2.
 6         Q.   (BY MR. PIEJA)  Welcome back, Mr. Burdick.
 7              We had talked a little bit before the
 8    recess about the business functions that Uniloc USA
 9    performs out of its Plano and Southern California
10    offices.
11              What, if any, business functions does
12    Uniloc USA conduct out of its Tyler, Texas office?
13         A.   Well, that office is primarily a -- used
14    for document storage for historical files.
15              It's also used by our outside counsel
16    when there are hearings in the Tyler courthouse.
17              It's also used in preparation for
18    trial.
19         Q.   If I were to go there today, for instance,
20    I wouldn't find any Uniloc employees there, would I?
21         A.   You would not.
22         Q.   Fair to say that the function of the Tyler
23    office is principally a litigation support function,
24    correct?
25         A.   That's fair.
```

Case 2:18-cv-00550-JRG-RSP   Document 28-7   Filed 07/01/19   Page 7 of 10 PageID #: 171
Case 2:17-cv-00571-JRG-RSP   Document 243-1   Filed 09/24/19   Page 2 of 3 PageID #: 718
Confidential - Attorneys' Eyes Only

1  Q. It provides a space when needed and a
2  repository when needed for people and things that
3  are -- well, I'll withdraw that.
4       The Tyler office provides a meeting
5  space or a work space for teams working on Uniloc
6  litigations, correct?
7  A. That's correct.
8  Q. And the Tyler office houses historical
9  files of the company, correct?
10 A. Correct.
11 Q. That's pretty much what it does, right?
12 A. That's right.
13 Q. Now, let's talk about Uniloc Luxembourg.
14       Where are Uniloc Luxembourg's offices?
15 A. Those offices are in Luxembourg. Well,
16 the -- there are a number of board members, some of
17 whom work in Luxembourg at -- in Luxembourg City.
18 The address is 14 Rue something. It's one of those
19 European names.
20 Q. Okay. So Uniloc Luxembourg has a physical
21 office in Luxembourg City?
22 A. The office is owned by a company called
23 Vistra, and there's office space used in that
24 facility by Uniloc Luxembourg's board members.
25 Q. Is Uniloc Luxembourg a sublessee of the

Confidential - Attorneys' Eyes Only

 1   responses about where Mr. Etchegoyen is located.
 2              Where is Miss Falda located?
 3        A.    She's located in Luxembourg.
 4        Q.    What about Mr. Ritz?
 5        A.    He's located in Luxembourg.
 6        Q.    Okay.  What about Mr. Meisinger?
 7        A.    I believe California.
 8        Q.    Okay.  Where in California is
 9   Mr. Meisinger located?
10        A.    I -- Southern California somewhere.  I
11   don't know the name of the city.
12        Q.    And you indicated, I believe, that in
13   addition to the four Uniloc Luxembourg board members
14   that you named, there was an additional individual
15   who was a Uniloc Luxembourg board member located in
16   Luxembourg; is that correct?
17        A.    Correct.
18        Q.    And there is -- and you mentioned, I
19   believe, that in addition to the Uniloc Luxembourg
20   board members that you named, there's an additional
21   individual who's a Uniloc Luxembourg board member
22   located in the United States; is that correct?
23        A.    I believe so, yes.
24        Q.    Do you know where that United States based
25   Luxembourg board member is physically?

Case 2:18-cv-00550-JRG-RSP Document 28-7 Filed 07/01/19 Page 9 of 10 PageID #: 209
Case 2:17-cv-00571-JRG-RSP Document 243-3 Filed 09/24/19 Page 59 of 115 PageID #: 720

Confidential - Attorneys' Eyes Only

1    Q.  Are the hard copy versions of Uniloc's
2    library of settlement agreements located in the
3    Plano office?
4    A.  Yes.
5    Q.  Is the electronic version of the Uniloc
6    library of settlement agreements located on the file
7    server in Irvine, California?
8    A.  Correct.
9    Q.  If I were to look at the hard copy library
10   of settlement agreements in the electronic library
11   of settlement agreements, would I see that those two
12   contain the same set of agreements?
13   A.  Well, I'd like to say yes.
14   Q.  The goal, at least, of Uniloc is --
15   A.  Yes.
16   Q.  -- for the hard copy and electronic
17   versions of the settlement agreement library to
18   match, correct?
19   A.  That's correct.
20   Q.  In other words, the same information
21   should be contained within both the hard copy and
22   electronic versions of the settlement agreements,
23   correct?
24   A.  Ideally, yes.
25   Q.  And going back to the prior art library,

Case 2:17-cv-00552-JRG-RSP Document 28-7 Filed 07/01/19 Page 10 of 10 PageID #: 721
Case 2:17-cv-00571-JRG Document 243 Filed 09/22/17 Page 77 of 88 PageID #: 2217
Confidential - Attorneys' Eyes Only

1 ███████████████████████████████
2     A.   I don't know.
3     Q.   Do you know how long Mr. Etchegoyen has
4 owned the Newport Beach, California, property for?
5     A.   Not exactly.  I believe he's owned that
6 property since I came to work, at least as long
7 as -- at least since 2010.
8     Q.   What type of property is Mr. Etchegoyen's
9 Newport Beach property?  Is it a residence or an
10 office building, something different?
11     A.   I believe it's a single-family residence.
12     Q.   Does Mr. Etchegoyen live in the Newport
13 Beach, California, detached single-family residence
14 that he owns?
15     A.   He uses it when he is doing business in
16 Orange County.
17     Q.   When Mr. Etchegoyen is in Orange County,
18 he stays at the Newport Beach home that he owns.
19 Fair?
20     A.   To the best of my knowledge, yes.
21     Q.   He -- that's not a rental property that he
22 rents out to tenants to make money.  Fair?
23     A.   I think there -- he had some efforts along
24 those lines in recent years.  I'm not sure whether
25 he actually rented it out from time to time or not.