# EXHIBIT E

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HTC AMERICA, INC.,<br><br>    Defendant. | Case No.: 2:18-cv-01727<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff, Uniloc 2017 LLC, files this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.

The parent of Uniloc 2017 LLC is CF Uniloc Holdings LLC. The members of Uniloc 2017 LLC are CF Uniloc Holdings LLC and Craig Etchegoyen.

No publicly-held corporation owns ten percent (10%) or more of the stock of Uniloc 2017 LLC.

PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT
Case No. 2:18-cv-01727

- 1 -

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

Dated this 30th day of November, 2018.

Respectfully submitted,

/s/ *Al Van Kampen*
Al Van Kampen, WSBA No. 13670
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154
Tel: (206) 386-7353
Fax: (206) 405-2825
Email: AVanKampen@VKClaw.com

Of Counsel:

Paul J. Hayes (*Pro Hac Vice* will be filed)
Kevin Gannon (*Pro Hac Vice* will be filed)
Aaron Jacobs (*Pro Hac Vice* will be filed)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: phayes@princelobel.com
Email: kgannon@princelobel.com
Email: ajacobs@princelobel.com

ATTORNEYS FOR THE PLAINTIFF

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
Case No. 2:18-cv-01727
- 2 -
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353