# EXHIBIT F

# Craig Etchegoyen

sir at uniloc
Orange County, California Area

## Contact

www.linkedin.com/in/craig-etchegoyen-72244a13 (LinkedIn)

## Experience

uniloc
sir

---