# EXHIBIT G

## TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**FIND ENTITY NAME SEARCH**

This search was performed with the following search parameter:
**ENTITY NAME :** uniloc 2017

**There are no records which match your inquiry.**

[Return to Order] [New Search]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.