# EXHIBIT H

# Sean Burdick

Director at Burdick Patents, PA

## Contact

www.linkedin.com/in/sean-burdick-5a22277 (LinkedIn)

## Top Skills

Patent Prosecution
Trademarks
Commercial Litigation

## Summary

Patent attorney specializing in the engineering arts.

Specialties: prosecution

---

## Experience

**Burdick Patents, PA**
Patent Attorney
January 2009 - Present
Boise, Idaho

**Uniloc USA, Inc.**
President & General Counsel
May 2010 - December 2018 (8 years 8 months)
Plano, TX

**Weaver Austin Villeneuve Sampson, LLP**
Associate Attorney
August 2009 - April 2010 (9 months)
Oakland, CA

**Snell & Wilmer**
Associate Attorney
March 2006 - November 2008 (2 years 9 months)
Costa Mesa, CA

**Howrey LLP**
Associate Attorney
January 2001 - February 2006 (5 years 2 months)

**Southern California Edison (SCE)**
Nuclear Engineer
February 1997 - January 2001 (4 years)

assigned to San Onofre Nuclear Generating Station (Camp Pendleton, CA)

Nuclear Logistics Inc.
Project Engineer
February 1996 - February 1997 (1 year 1 month)
Fort Worth, TX

Applied Energy Services
Electrical Engineer
February 1995 - February 1996 (1 year 1 month)
Fishkill, NY

assigned to Eaton Consolidated Controls (Bethel, CT) and Schulz Electric (New Haven, CT)

MGP Instruments
Electrical Engineer
August 1994 - February 1995 (7 months)
Smyrna, GA

NUCLEAR ENERGY SERVICES
Electrical Engineer
March 1991 - August 1994 (3 years 6 months)
Braintree, MA

assigned to San Onofre Nuclear Generating Station (Camp Pendleton, CA)

ABB Impell Corp.
Electrical Engineer
April 1990 - March 1991 (1 year)
Fort Worth, TX

assigned to Arkansas Nuclear One (Russellville, AR) and Comanche Peak SES (Glen Rose, TX)

---

## Education

University of San Diego
J.D., Law · (1999 - 2003)

University of Idaho
B.S., Electrical Engineering · (1983 - 1989)