# EXHIBIT I

# Chad Meisinger

Marketing Strategist, Serial Entrepreneur, Philanthropist...
Orange County, California Area

## Contact

www.linkedin.com/in/chad-meisinger-11485625 (LinkedIn)

## Top Skills

Online Advertising
Wordpress
SEO

## Languages

English

## Experience

**Over the Top Marketing**
Founder
April 2008 - Present

We leverage our proprietary software platform, services and support to help our multi-unit partners transform their inbound marketing and increase their customer lifetime value. Some of our clients include The Joint Chiropractic, Modern Acupuncture, Amazing Lash, Sprint Boost Mobile, Coldwell Banker, Massage Envy, LowT Center, HerKare and others.

**Modern Acupuncture**
Regional Developer
June 2017 - Present
Southern California (Orange County, San Diego County and Inland Empire)

Developing 65+ Modern Acupuncture clinics throughout Southern California.

**National Storage Affiliates**
Member of the Board of Trustees
April 2015 - September 2018 (3 years 6 months)
Greater Denver Area

http://www.nasdaq.com/symbol/nsa

**Uniloc USA, Inc.**
Member of the Board of Directors
February 2015 - September 2018 (3 years 8 months)
Luxembourg

**The Joint Chiropractic**
Regional Developer
September 2011 - December 2014 (3 years 4 months)
Los Angeles County

Established 76 clinics under development between Los Angeles and Sacramento within six months of buying the development rights.

In 2014, we sold our territory and clinics to The Joint Corporate after they completed an IPO.

Thinique Medical Weight Loss
Co-Founder
January 2013 - January 2014 (1 year 1 month)

Built it to 200 franchised units and sold out to a partner.

Google
Head of Sales and Marketing for Google Audio
January 2006 - August 2009 (3 years 8 months)

Managed the transition during a three-year earn-out after Google acquired dMarc Broadcasting.

More information can be found here:
http://googlepress.blogspot.com/2006/01/google-to-acquire-dmarc-broadcasting_17.html

dMarc Broadcasting (sold to Google)
Early Stage Investor and CMO
January 2005 - January 2006 (1 year 1 month)

dMarc connected advertisers directly to radio stations through its automated advertising platform. The platform simplified the sales process, scheduling, delivery and reporting of radio advertising, enabling advertisers to more efficiently purchase and track their campaigns. For broadcasters, dMarc's technology automatically scheduled and placed advertising, helping to increase revenue and decrease the costs associated with processing advertisements.

We sold to Google and became Google Audio in 2006.

First MediaWorks
Co-founder, Chariman and CEO
1998 - 2005 (8 years)

We provided a platform to the radio industry to manage their online content, advertising, research, contesting and listener behavioral marketing databases to help them increase their ratings and revenue. Our customers included CBS, ABC, Clear Channel, Cumulus, Citadel, Entercom, Radio One, Emmis, Capital Radio, The Pentagon, The Armed Forces Radio and Television Network and many of the top broadcasting brands around the globe.

Sold the Company to Mediaspan in 2003 and served a two-year earn-out.

http://www.businesswire.com/news/home/20030429005808/en/MediaSpan-Acquires-MediaWorks-Industry-Combination-Creates-Huge#.VME4LyvF98E

First Internet Franchise Corporation
Co-founder and CEO
August 1995 - 1998 (3 years 5 months)

We built the first Internet Service Providers (ISP) franchise in the world and licensed hundreds of locations worldwide.

http://www.thefreelibrary.com/First+Internet+signs+master+franchise+for+Pacific+Rim%3b+Singapore...-a018674236

---

## Education

School of Hard Knocks