# EXHIBIT J

## Contact

www.linkedin.com/in/drake-turner-15726035 (LinkedIn)

## Top Skills

Marketing Strategy
New Business Development
Management

# Drake Turner

High-level CFO for SMB
Greater Los Angeles Area

## Experience

**Drake Turner Inc**
Owner
September 1999 - Present
Southern California

Outsourced high-level part-time Chief Financial Officer services for start-ups and SMB.  Will jump into the management mix and assist in developing and enhancing all areas traditionally handled by a CFO including financial strategy, accounting and information systems and reporting, payroll and employees, risk management, legal relationships, banking relationships, investor materials and communications, etc.

**Deloitte**
Senior Manager
September 1996 - August 1999 (3 years)

**Ernst & Young**
Senior Manager
August 1987 - September 1996 (9 years 2 months)

------

## Education

**BYU Marriott School of Management**
M.Acc, Professional Accounting · (1980 - 1987)