# EXHIBIT K

# Contact

For questions about Fortress, its businesses and opportunities, please contact us by topic, below:

**General Inquiries**

+1 212 798 6100

**Media Inquiries**

Gordon Runté, Managing Director

+1 212 798 6082

grunte@fortress.com (mailto:grunte@fortress.com)

**Fortress Fund Investor Inquiries:**

**Credit**

creditinvestors@fortress.com (mailto:creditinvestors@fortress.com)

**Private Equity**

peinvestors@fortress.com (mailto:peinvestors@fortress.com)

**Investment / Business Opportunities**

opportunities@fortress.com (mailto:opportunities@fortress.com)

**Career Opportunities**

For career opportunities at Fortress please
click here (http://careers.fortress.com/).





**Atlanta**

FIG LLC
3290 Northside Parkway NW
Suite 350
Atlanta, GA 30327 USA
+1 404 264 4779
[Map
(https://www.google.com/maps/place/3290+Northside+Pkwy+NW+%23350,+Atlanta,+GA+30327/@33.8447928,-84.4292454,17z/data=!3m1!4b1!4m5!3r
84.4270514)]

**Dallas**

FIG LLC
5221 N. O'Connor Boulevard
Suite 700
Irving, TX 75039 USA
+1 972 532 4300
[Map
(https://www.google.com/maps/place/5221+N+O'Connor+Blvd+%23700,+Irving,+TX+75039/@32.8706656,-96.9400927,17z/data=!3m1!4b1!4m5!3m4!1s
96.9378987)]

**Frankfurt**

Fortress Investment Group Germany
GmbH FPM Deutschland GmbH Fortress Germany Asset Management GmbH
An der Welle 4
Frankfurt, 60322
Germany
+49 69 2549 6700
[Map
(https://www.google.com/maps/place/Junghofstra%C3%9Fe+22,+60311+Frankfurt+am+Main,+Germany/@50.1136962,8.6711246,17z/data=!3m1!4b1!4m

## Hong Kong

Fortress Real Estate (HK) Limited
No. 8 Queen's Road Central
28th Floor
Central, Hong Kong
+852 5803 6500
[Map
(https://www.google.com/maps/place/8+Queen's+Road+Central,+Central,+Hong+Kong/@22.280118,114.155453,17z/data=!3m1!4b1!4m5!3m4!1s0x3404

## London

Fortress Investment Group (UK) Limited and FCF UK (A) III Limited
7 Clarges Street
London W1J 8AE, Great Britain
+44 20 7290 5600
[Map
(https://www.google.com/maps/place/7+Clarges+St,+Mayfair,+London+W1J,+UK/@51.506778,-0.1471737,17z/data=!3m1!4b1!4m5!3m4!1s0x48760528€
0.144985)]

## Los Angeles

FIG LLC
10250 Constellation Boulevard
Suite 1600
Los Angeles, CA 90067 USA
+1 310 228 3030
[Map
(https://www.google.com/maps/place/Constellation+Place,+10250+Constellation+Blvd+%231600,+Los+Angeles,+CA+90067/@34.057085,-118.419642,1
118.417448)]

## New Canaan

FIG LLC
220 Elm Street
Suite 201
New Canaan, CT 06840 USA
+1 203 442 2442
[Map
(https://www.google.com/maps/place/220+Elm+St+%23201,+New+Canaan,+CT+06840/@41.1457819,-73.499699,17z/data=!3m1!4b1!4m5!3m4!1s0x89c
73.497505)]

## New York

FIG LLC and Fortress Capital Finance III (A) LLC
1345 Avenue of the Americas
46th Floor
New York, NY 10105 USA
+1 212 798 6100
[Map
(https://www.google.com/maps/place/1345+Ave+of+the+Americas,+New+York,+NY+10105/@40.7629891,-73.9812612,17z/data=!3m1!4b1!4m5!3m4!1s0:
73.9790672)]

## Rome

FCF Consulting S.r.l.
Lungotevere Flaminio, 18,
00196 Rome, Italy
+39 06 47971
[Map
(https://www.google.com/maps/place/Lungotevere+Flaminio,+18,+00196+Roma+RM,+Italy/@41.92147,12.4683313,17z/data=!3m1!4b1!4m5!3m4!1s0x13

## San Francisco

FIG LLC
One Market Plaza
Spear Tower
42nd Floor
San Francisco, CA 94105 USA
+1 415 284 7400
[Map
(https://www.google.com/maps/place/One+Market+Plaza,+San+Francisco,+CA+94105/@37.7932577,-122.3966212,17z/data=!3m1!4b1!4m5!3m4!1s0x80
122.3944272)]

## Shanghai

Fortress Investment Consulting (Shanghai) Co., Ltd
Bldg 5, 858 Huanzhen Road South
Baoshan District
Shanghai 200436, China
+86 21 5650 8989
[Map
(https://www.google.com/maps/place/858+Huan+Zhen+Nan+Lu,+Baoshan+Qu,+Shanghai+Shi,+China,+200444/@31.295097,121.395404,17z/data=!3m1

## Sydney

Fortress Investment Group (Australia) PTY Limited
Level 19 Gateway
1 Macquarie Place
Sydney NSW 2000, Australia
+61 2 8239 1900
[Map
(https://www.google.com/maps/search/Level+19+Gateway,+1+Macquarie+Place+Sydney+NSW,+2000,+Australia/@-33.8619951,151.207559,17z/data=!3

## Tokyo

Fortress Investment Group (Japan) GK
Roppongi Hills Mori Tower 29F
6-10-1 Roppongi, Minato-ku
Tokyo 106-6129, Japan
+81 3 6438 4400
[Map
(https://www.google.com/maps/place/Roppongi+Hills/@35.6604404,139.7270388,17z/data=!3m1!5s0x60188b770a535d27:0x58c863518a35dd0a!4m
10-1+Roppongi,+Minato-ku+Tokyo+106-6129,+Japan!3m4!1s0x0:0x5bfe0248594cc802!8m2!3d35.660464!4d139.729249)]

### About Fortress (/about)

Overview (/about#overview)
History (/about#history)
Leadership (/about#leadership)

### Businesses (/businesses)

Credit (/businesses/credit)
Private Equity (/businesses/private-equity)
Permanent Capital Vehicles (/businesses/permanent-capital-vehicles)

### Corporate Information

News (/shareholders/news)
Financial Reports & Filings (/shareholders/financial-reports-and-filings)
Tax Information (/shareholders/tax-information)

UK Tax Strategy (/shareholders/FIG_UK-Tax-Strategy-5-24-2018.pdf)

Contact / Offices (/contact)

LP Login (https://fort.seiinvestorportal.com/CoreAuth/Login)

Careers (http://careers.fortress.com)

COPYRIGHT © 2019 FORTRESS INVESTMENT GROUP LLC | Site Map (/misc/sitemap) | Terms of Use (/misc/terms) | Privacy Statement (/misc/privacy-statement)