# EXHIBIT L

# Exhibit H

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "UNILOC 2017 LLC", FILED IN THIS OFFICE ON THE TWENTY-THIRD DAY OF FEBRUARY, A.D. 2018, AT 1:48 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

6767511  8100      Authentication: 202396979
SR# 20191830443      Date: 03-07-19
You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:48 PM 02/23/2018
FILED 01:48 PM 02/23/2018
SR 20181296253 - File Number 6767511

# CERTIFICATE OF FORMATION

## OF

## UNILOC 2017 LLC

*Pursuant to Section § 18-201 of the Limited Liability Company Act*

*of the State of Delaware*

**FIRST:** The name of the limited liability company is **Uniloc 2017 LLC**.

**SECOND:** The address of the registered office of the limited liability company in the State of Delaware is Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. The name of its registered agent at such address is The Corporation Trust Company.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation this 23 day of February, 2017.

By: _____

Name: James K. Noble III

Title: Authorized Person