# EXHIBIT M

# Delaware

### The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF FORMATION OF "CF UNILOC HOLDINGS

LLC", FILED IN THIS OFFICE ON THE TWENTY-THIRD DAY OF FEBRUARY,

A.D. 2018, AT 1:48 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

6767509  8100
SR# 20195595857

Authentication: 203080632
Date: 06-21-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:48 PM 02/23/2018
FILED 01:48 PM 02/23/2018
SR 20181296200 - File Number 6767509

## CERTIFICATE OF FORMATION

### OF

### CF UNILOC HOLDINGS LLC

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

*Pursuant to Section § 18-201 of the Limited Liability Company Act*

*of the State of Delaware*

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**FIRST:**     The name of the limited liability company is **CF Uniloc Holdings LLC.**

**SECOND:**     The address of the registered office of the limited liability company in the State of Delaware is Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.  The name of its registered agent at such address is The Corporation Trust Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate of Formation this 23 day of February, 2017.

By: _____

Name:   James K. Noble III

Title:    Authorized Person