# EXHIBIT O

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

118  **LLC-12**

**FILED**
Secretary of State
State of California

**JAN 09 2019**

376/350/20/CC
Above Space For Office Use Only

IMPORTANT — This form can be filed online at *bizfile.sos.ca.gov*.
*Read instructions* before completing this form.
**Filing Fee – $20.00**
**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see *instructions*.)

Uniloc 2017 LLC

**2. 12-Digit Secretary of State Entity (File) Number**

201900910282

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)

Delaware

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1345 Avenue of the Americas 46th Fl | New York | NY | 10105 |
| b. Mailing Address of LLC, if different than Item 4a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State CA | Zip Code |
|  |  |  |  |

**5. Manager(s) or Member(s)** — If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and address(es) on *Form LLC-12A*.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
|  |  |  |  |

b. Entity Name - Do not complete Item 5a
CF Uniloc Holdings LLC

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1345 Avenue of the Americas 46th Fl | New York | NY | 10105 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL — Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
|  |  |  |  |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |
|  |  |  |  |

CORPORATION — Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
C T Corporation System   (C0168406)

**7. Type of Business**
Describe the type of business or services of the Limited Liability Company
Investment Holding Company

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
|  |  |  |  |
| b. Address | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**9. The information contained herein, including any attachments made part of this document, is true and correct.**

| 01/08/2019 | Constantine M. Dakolias | President |  |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

LLC-12 (REV 01/2018)
2018 California Secretary of State
bizfile.sos.ca.gov

CA081 - 6/15/2018 Wolters Kluwer Online