# EXHIBIT W

## Contact

www.linkedin.com/in/james-palmer-830b7 (LinkedIn)
www.legendmerchant.com (Company)

## Top Skills

Private Equity
Equities
Corporate Finance

# James Palmer

Managing Director - Intellectual Property Finance Group at Fortress Investment Group
San Francisco Bay Area

## Summary

Specialties: Sourcing, Evaluating, Due Diligence, Capital Raising and Strategy for Private Companies. Most industries.

———

## Experience

**Fortress Investment Group**
Managing Director - Intellectual Property Finance Group
June 2014 - Present
San Francisco Bay Area

**Straight Shot LLC**
President & CEO
August 2012 - Present

**Velico Medical**
Board Observer
January 2008 - Present

**Python Systems**
Founder
September 2012 - December 2016 (4 years 4 months)
San Francisco Bay Area

**Laru Corporation**
Board Observer
July 2011 - June 2012 (1 year)

**Prepared Response**
Board Observer
January 2008 - May 2012 (4 years 5 months)

**Legend Merchant Group**
Managing Director

January 2006 - April 2012 (6 years 4 months)

Mr. Palmer has over 18 years of experience originating and funding early, mid and late stage private equity and venture capital transactions in several industries. Through his network of institutions and Ultra-High-Net-Worth individuals he has structured and raised close to $1 billion in capital for entities including public and private companies, hedge funds, venture funds and structured finance products. In addition to his responsibilities at Legend, Mr. Palmer is a Managing Member of the TW 8701 Opportunities Fund I and the TW Opportunities Fund II, both early/mid stage venture capital and private equity funds that have invested in approximately 25 companies. Mr. Palmer founded these funds while serving as a Managing Director at Trautman Wasserman & Co. ("TW"), a money management/private equity firm that invests in alternative assets. Mr. Palmer spent five years at TW building its West Coast Corporate Finance Group.

Ardica Technologies
Board Observer
January 2010 - June 2011 (1 year 6 months)

Trautman Wasserman
Managing Director
March 2001 - December 2005 (4 years 10 months)

Responsible for sourcing, evaluating, due diligence and funding for Private Placements

## Education

Rollins College
BA, Economics