# EXHIBIT X

**Intentionally left blank**