# EXHIBIT Z

## Contact

www.linkedin.com/in/mimoreland (LinkedIn)

## Top Skills

Intellectual Property
Licensing
Patents

# Michele Moreland

Director at Fortress Investment Group
Palo Alto, California

## Summary

Highly accomplished attorney with extensive experience and proven track record in complex litigation and background in intellectual property counseling for large multinational corporations in biotechnology, medical device, networking, telecom, semiconductor, e-commerce and other sectors. Solidly qualified in managing, trying and resolving disputes.  Litigation and business strategist with exceptional instincts.  Superior communication skills with the ability to build positive relationships and function effectively both as part of a team and autonomously.

---

## Experience

**Fortress Investment Group**
Director
January 2016 - Present
San Francisco Bay Area

**MorelandIP**
Owner
January 2015 - January 2016 (1 year 1 month)

**RPX Corporation**
Director, Acquisitions
December 2010 - January 2015 (4 years 2 months)

• Oversee assessment, valuation, acquisition and licensing of patents asserted by non-practicing entities against clients.
• Negotiate patent acquisition and license agreements, deploying millions of dollars to obtain 100+ dismissals for clients and their customers.
• Leverage litigation and licensing experience to improve function of client relations, client development and patent analysis teams and to develop new products and services.
• Acquisitions team liaison to RPX Insurance Services, responsible for mitigating risk to RPX's insurance business.

McDermott Will and Emery
Partner
January 2005 - June 2010 (5 years 6 months)

• Perform case management on high profile patent cases before district courts and the ITC.
• Develop and execute winning strategies: obtained pre-admission of client's evidence at pre-trial hearing, preventing pre-admission of other party's evidence and leading to settlement.
• First chair at ITC hearing and second chair on two cases, responsible for developing trial strategy and evidentiary support, preparing and examining witnesses, drafting opening statements and closing arguments.
• Design and run multi-day jury studies to test case themes, graphics, witness testimony, opening statements and closing arguments.
• Develop discovery plans and briefing strategies, draft dispositive and non-dispositive briefs, and take and defend depositions.

Cooley Godward Kronish LLP
Associate
1998 - 2004 (7 years)

• Member of four trial teams and responsible for trial preparation on 10+ patent cases, including scripting 20+ witness examinations and creating hundreds of trial graphics and witness examination at trial.
• Responsible for technical and non-technical expert witness identification and selection for bet-the-company litigations.
• Develop and execute plan on all aspects of discovery: manage e-discovery vendors, conduct witness interviews, witness selection, draft written discovery and take and defend depositions.
• Draft appellate, discovery and dispositive briefs, including winning summary judgment motions.

―――――

## Education

Santa Clara University
BA, English

Santa Clara University School of Law
J.D., Law