# EXHIBIT AB

Case 2:17-cv-00354-JRG Document 83-2 Filed 01/19/18 Page 1 of 3 PageID #: 873

EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., and <br> UNILOC LUXEMBOURG, S.A., <br> Plaintiffs, <br> v. <br> FACEBOOK, INC., <br> Defendant. | § § § § § § § § § § § § § | Civil Action No. 6:16-cv-00223-JRG <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF SEAN BURDICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

1. I, Sean Burdick, am over the age of twenty-one and I am in all respects competent to make this declaration. I have personal knowledge of the facts set forth below, and the factual matters set forth below are true and correct to the best of my knowledge and belief.

2. I am President and Intellectual Property Counsel for Uniloc USA, Inc.

3. I reside in Plano and work at Uniloc's headquarters in Plano, Texas.

4. In 2007, Uniloc opened its office in Plano, Texas.

5. Uniloc has maintained an office in Tyler, Texas since June 2009.

6. In 2010, Uniloc became a Texas corporation.

7. In April 2012, Uniloc transferred its headquarters from Irvine, California to its present Plano, Texas location where it operates its patent purchasing and licensing business.

8. Uniloc has no personnel, offices or documents located in the judicial Northern District of California.

9. Uniloc has only one employee working at its office in Irvine, California.

10. Uniloc's documents relating to U.S. Patent Nos. 7,804,948, 7,853,000 and 8,571,194 and Uniloc's licensing activities are located at Uniloc's headquarters in Plano, Texas.

11. Knowledge that I have that may be relevant to the present litigation includes: (1) the relationship between Uniloc USA, Inc. and Uniloc Luxembourg, S.A., (2) information regarding the royalties received/expected to be received for U.S. Patent Nos. 7,804,948, 7,853,000 and 8,571,194 and (3) Uniloc's licensing activities.

12. In addition to myself, there are two other employees, Sharon Seltzer and Kristina Pangan, who work full-time at Uniloc's Plano, Texas office who have knowledge regarding royalties received by Uniloc from its licensing activities.

13. Several former employees of Uniloc reside in or around this District, including Sara Godecke, Bethany Perkins, Zach Jacobs, Sridevi Vemuri and Sarah Baker.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 21 day of July, 2016 at Plano, Texas.

_____
Sean Burdick

2