# EXHIBIT AD

Table C-5.
U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending March 31, 2019

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | During Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **Total** | 250,838 | 11.1 | 46,767 | 5.2 | 170,378 | 12.4 | 31,669 | 13.4 | 2,024 | 26.3 |
| **DC** | 2,610 | 5.8 | 1,077 | 4.6 | 1,504 | 6.9 | 6 | - | 23 | 52.8 |
| **1st** | 7,588 | 19.1 | 1,302 | 4.7 | 2,550 | 10.1 | 3,650 | 43.0 | 86 | 35.6 |
| ME | 455 | 7.0 | 152 | 4.6 | 279 | 9.0 | 18 | 23.0 | 6 | - |
| MA | 4,996 | 36.3 | 786 | 3.8 | 755 | 7.1 | 3,401 | 44.4 | 54 | 36.4 |
| NH | 401 | 10.1 | 75 | 2.9 | 220 | 10.3 | 97 | 13.6 | 9 | - |
| RI | 586 | 8.5 | 23 | 9.3 | 477 | 7.4 | 83 | 16.6 | 3 | - |
| PR | 1,150 | 18.0 | 266 | 15.3 | 819 | 17.9 | 51 | 32.0 | 14 | 36.3 |
| **2nd** | 22,267 | 7.7 | 3,766 | 3.5 | 12,739 | 7.1 | 5,557 | 13.4 | 205 | 37.2 |
| CT | 1,981 | 9.5 | 416 | 4.5 | 1,000 | 9.3 | 549 | 16.0 | 16 | 34.6 |
| NY,N | 1,128 | 10.2 | 165 | 3.4 | 675 | 9.9 | 274 | 16.9 | 14 | 39.5 |
| NY,E | 7,178 | 8.6 | 1,505 | 3.9 | 3,529 | 8.0 | 2,085 | 15.5 | 59 | 41.8 |
| NY,S | 10,082 | 5.9 | 1,566 | 3.1 | 5,811 | 4.7 | 2,605 | 11.1 | 100 | 32.4 |
| NY,W | 1,691 | 14.0 | 92 | 3.3 | 1,551 | 14.2 | 38 | 26.0 | 10 | 72.9 |
| VT | 207 | 9.7 | 22 | 2.7 | 173 | 9.6 | 6 | - | 6 | - |
| **3rd** | 22,877 | 5.8 | 3,464 | 3.6 | 13,696 | 4.4 | 5,550 | 11.8 | 167 | 28.9 |
| DE | 1,801 | 5.3 | 635 | 3.2 | 1,051 | 6.9 | 89 | 12.0 | 26 | 30.1 |
| NJ | 12,006 | 5.1 | 1,395 | 4.3 | 6,912 | 3.8 | 3,673 | 13.4 | 26 | 44.4 |
| PA,E | 5,574 | 5.8 | 733 | 3.0 | 3,104 | 5.0 | 1,669 | 8.0 | 68 | 20.5 |
| PA,M | 1,574 | 9.8 | 361 | 6.2 | 1,118 | 10.4 | 75 | 16.2 | 20 | 29.2 |
| PA,W | 1,789 | 6.2 | 263 | 2.3 | 1,500 | 7.4 | 6 | - | 20 | 30.5 |
| VI | 133 | 14.1 | 77 | 9.6 | 11 | 25.6 | 38 | 18.0 | 7 | - |
| **4th** | 60,765 | 46.1 | 2,060 | 6.2 | 56,973 | 48.7 | 1,573 | 10.5 | 159 | 24.5 |
| MD | 2,800 | 7.6 | 178 | 5.8 | 1,930 | 6.2 | 647 | 11.4 | 45 | 30.1 |

|       |        |      |       |      |        |      |       |      |     |      |
|-------|--------|------|-------|------|--------|------|-------|------|-----|------|
| NC,E  | 962    | 9.9  | 436   | 7.3  | 510    | 11.6 | 7     | -    | 9   | -    |
| NC,M  | 633    | 10.5 | 416   | 9.4  | 184    | 12.3 | 25    | 20.6 | 8   | -    |
| NC,W  | 898    | 8.9  | 78    | 2.8  | 543    | 8.2  | 264   | 11.9 | 13  | 22.2 |
| SC    | 2,494  | 9.5  | 175   | 3.1  | 2,235  | 9.9  | 56    | 11.4 | 28  | 24.0 |
| VA,E  | 2,359  | 5.6  | 511   | 4.7  | 1,415  | 5.0  | 409   | 7.5  | 24  | 13.4 |
| VA,W  | 623    | 10.7 | 90    | 4.9  | 490    | 12.1 | 31    | 10.3 | 12  | 20.8 |
| WV,N  | 374    | 11.5 | 66    | 8.1  | 187    | 7.5  | 117   | 16.8 | 4   | -    |
| WV,S  | 49,622 | 52.6 | 110   | 48.1 | 49,479 | 52.6 | 17    | 18.6 | 16  | 43.3 |
| **5th** | **23,479** | **9.4** | **5,363** | **6.0** | **14,610** | **9.3** | **3,232** | **14.2** | **274** | **23.8** |
| LA,E  | 6,924  | 11.5 | 656   | 9.7  | 4,602  | 10.7 | 1,629 | 14.7 | 37  | 22.4 |
| LA,M  | 900    | 12.3 | 350   | 11.3 | 513    | 12.3 | 25    | 25.4 | 12  | 29.9 |
| LA,W  | 1,202  | 11.3 | 243   | 5.8  | 599    | 10.1 | 344   | 17.1 | 16  | 28.9 |
| MS,N  | 586    | 8.8  | 163   | 6.6  | 249    | 8.0  | 167   | 11.8 | 7   | -    |
| MS,S  | 1,121  | 9.1  | 351   | 7.6  | 730    | 9.4  | 21    | 18.5 | 19  | 21.9 |
| TX,N  | 3,483  | 7.0  | 530   | 3.0  | 2,909  | 7.8  | 1     | -    | 43  | 26.3 |
| TX,E  | 1,996  | 8.7  | 785   | 7.6  | 1,151  | 9.2  | 32    | 17.1 | 28  | 27.0 |
| TX,S  | 4,725  | 7.3  | 1,681 | 4.1  | 2,151  | 7.7  | 811   | 11.5 | 82  | 23.2 |
| TX,W  | 2,542  | 8.6  | 604   | 6.3  | 1,706  | 8.3  | 202   | 15.4 | 30  | 24.6 |
| **6th** | **16,958** | **12.2** | **6,881** | **41.0** | **6,774** | **8.3** | **3,171** | **12.7** | **132** | **26.0** |
| KY,E  | 971    | 8.9  | 127   | 3.7  | 824    | 9.5  | 12    | 31.5 | 8   | -    |
| KY,W  | 1,050  | 8.8  | 189   | 5.0  | 798    | 9.0  | 49    | 16.6 | 14  | 22.5 |
| MI,E  | 3,303  | 8.6  | 462   | 3.5  | 1,247  | 4.5  | 1,570 | 13.2 | 24  | 24.8 |
| MI,W  | 920    | 7.2  | 110   | 2.7  | 564    | 6.4  | 235   | 12.0 | 11  | 33.9 |
| OH,N  | 2,657  | 9.0  | 771   | 7.1  | 1,069  | 8.0  | 797   | 9.7  | 20  | 21.1 |
| OH,S  | 5,410  | 41.6 | 4,367 | 43.4 | 597    | 8.9  | 433   | 15.6 | 13  | 24.0 |
| TN,E  | 831    | 11.5 | 254   | 7.3  | 498    | 12.3 | 63    | 14.7 | 16  | 29.8 |
| TN,M  | 1,033  | 11.1 | 145   | 10.7 | 874    | 11.1 | 2     | -    | 12  | 32.5 |
| TN,W  | 783    | 9.3  | 456   | 8.7  | 303    | 9.7  | 10    | 22.0 | 14  | 28.5 |
| **7th** | **16,177** | **8.2** | **3,208** | **3.4** | **10,345** | **8.5** | **2,468** | **13.0** | **156** | **30.0** |
| IL,N  | 8,203  | 7.9  | 1,873 | 4.4  | 5,452  | 8.3  | 808   | 18.8 | 70  | 33.6 |
| IL,C  | 634    | 9.9  | 210   | 5.4  | 389    | 10.9 | 22    | 12.9 | 13  | 30.3 |
| IL,S  | 1,299  | 8.2  | 143   | 5.5  | 1,137  | 8.3  | 6     | -    | 13  | 34.0 |
| IN,N  | 1,672  | 13.9 | 80    | 1.2  | 1,066  | 13.5 | 511   | 16.8 | 15  | 33.7 |
| IN,S  | 2,505  | 7.1  | 539   | 1.0  | 1,062  | 6.6  | 885   | 10.6 | 19  | 25.2 |
| WI,E  | 1,242  | 6.1  | 200   | 2.7  | 993    | 6.9  | 38    | 11.8 | 11  | 17.5 |
| WI,W  | 622    | 7.4  | 163   | 3.0  | 246    | 7.8  | 198   | 11.2 | 15  | 22.1 |
| **8th** | **9,052** | **9.0** | **4,194** | **6.8** | **3,870** | **9.7** | **874** | **11.2** | **114** | **24.1** |

| | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| AR,E | 916 | 10.4 | 354 | 11.3 | 533 | 9.6 | 3 | - | 26 | 19.6 |
| AR,W | 719 | 10.9 | 18 | 5.4 | 626 | 11.0 | 68 | 11.0 | 7 | - |
| IA,N | 289 | 6.3 | 59 | 4.6 | 221 | 6.5 | 3 | - | 6 | - |
| IA,S | 335 | 8.8 | 123 | 9.4 | 202 | 8.3 | 2 | - | 8 | - |
| MN | 2,521 | 10.1 | 1,536 | 9.0 | 257 | 9.3 | 709 | 11.2 | 19 | 30.1 |
| MO,E | 1,878 | 5.5 | 1,008 | 2.8 | 854 | 9.6 | 2 | - | 14 | 22.0 |
| MO,W | 1,473 | 7.2 | 902 | 6.0 | 475 | 9.2 | 77 | 11.1 | 19 | 23.7 |
| NE | 480 | 7.4 | 104 | 6.7 | 363 | 7.3 | 6 | - | 7 | - |
| ND | 224 | 12.5 | 6 | - | 212 | 12.4 | 2 | - | 4 | - |
| SD | 217 | 12.7 | 84 | 10.4 | 127 | 12.9 | 2 | - | 4 | - |
| **9th** | **34,827** | **7.0** | **10,487** | **4.6** | **21,033** | **7.5** | **2,923** | **13.3** | **384** | **25.4** |
| AK | 312 | 9.2 | 65 | 7.0 | 244 | 9.5 | 0 | - | 3 | - |
| AZ | 2,250 | 7.8 | 64 | 1.9 | 1,689 | 6.5 | 466 | 13.3 | 31 | 29.5 |
| CA,N | 5,489 | 7.9 | 2,075 | 5.0 | 2,174 | 7.7 | 1,201 | 13.2 | 39 | 25.9 |
| CA,E | 3,068 | 7.9 | 1,104 | 6.3 | 1,867 | 9.1 | 75 | 18.4 | 22 | 29.5 |
| CA,C | 12,554 | 5.2 | 4,466 | 3.9 | 7,761 | 5.9 | 178 | 12.5 | 149 | 20.5 |
| CA,S | 2,197 | 6.3 | 421 | 3.3 | 1,135 | 5.6 | 616 | 12.8 | 25 | 36.2 |
| HI | 503 | 9.9 | 203 | 9.5 | 266 | 8.5 | 21 | 27.0 | 13 | 27.6 |
| ID | 362 | 9.9 | 59 | 2.2 | 236 | 10.0 | 60 | 18.3 | 7 | - |
| MT | 398 | 10.5 | 114 | 4.0 | 141 | 9.7 | 136 | 14.0 | 7 | - |
| NV | 2,662 | 10.2 | 784 | 6.3 | 1,699 | 12.2 | 149 | 8.1 | 30 | 39.1 |
| OR | 1,552 | 10.9 | 432 | 6.9 | 1,094 | 12.0 | 6 | - | 20 | 26.7 |
| WA,E | 872 | 9.9 | 84 | 5.2 | 781 | 10.2 | 3 | - | 4 | - |
| WA,W | 2,558 | 7.6 | 598 | 3.2 | 1,919 | 8.4 | 8 | - | 33 | 19.6 |
| GUAM | 23 | 15.9 | 6 | - | 12 | 12.5 | 4 | - | 1 | - |
| NMI | 27 | 16.1 | 12 | 4.8 | 15 | 21.2 | 0 | - | 0 | - |
| **10th** | **8,567** | **9.8** | **1,615** | **5.1** | **5,881** | **10.3** | **953** | **14.1** | **118** | **27.3** |
| CO | 2,391 | 8.0 | 602 | 5.5 | 1,674 | 8.0 | 61 | 19.7 | 54 | 29.0 |
| KS | 1,782 | 18.2 | 141 | 3.7 | 1,551 | 31.0 | 72 | 18.2 | 18 | 26.0 |
| NM | 996 | 10.0 | 79 | 1.6 | 451 | 8.7 | 454 | 13.3 | 12 | 42.5 |
| OK,N | 532 | 9.7 | 59 | 2.7 | 459 | 10.3 | 6 | - | 8 | - |
| OK,E | 375 | 11.6 | 9 | - | 357 | 11.8 | 5 | - | 4 | - |
| OK,W | 1,118 | 8.4 | 364 | 6.6 | 507 | 8.3 | 240 | 11.9 | 7 | - |
| UT | 1,187 | 10.4 | 261 | 6.9 | 862 | 10.9 | 55 | 17.7 | 9 | - |
| WY | 186 | 8.7 | 100 | 6.5 | 20 | 8.6 | 60 | 12.7 | 6 | - |
| **11th** | **25,671** | **5.5** | **3,350** | **3.4** | **20,403** | **5.4** | **1,712** | **11.2** | **206** | **20.4** |
| AL,N | 1,710 | 11.0 | 62 | 4.6 | 1,602 | 11.0 | 30 | 27.2 | 16 | 35.6 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AL,M | 481 | 10.1 | 81 | 3.3 | 392 | 11.0 | 4 | - | 4 | - |
| AL,S | 387 | 9.5 | 67 | 4.1 | 312 | 10.2 | 4 | - | 4 | - |
| FL,N | 1,031 | 6.9 | 34 | 1.4 | 978 | 7.0 | 8 | - | 11 | 32.4 |
| FL,M | 6,739 | 6.1 | 215 | 3.6 | 6,347 | 6.0 | 117 | 15.3 | 60 | 20.4 |
| FL,S | 8,718 | 3.5 | 2,101 | 3.4 | 6,509 | 3.4 | 34 | 13.7 | 74 | 15.2 |
| GA,N | 5,373 | 6.9 | 475 | 2.8 | 3,363 | 5.4 | 1,506 | 10.6 | 29 | 23.4 |
| GA,M | 724 | 8.0 | 154 | 4.8 | 557 | 8.7 | 7 | - | 6 | - |
| GA,S | 508 | 8.5 | 161 | 7.0 | 343 | 9.7 | 2 | - | 2 | - |

NOTE: Median time intervals are not computed when fewer than 10 cases reported. This table excludes land condemnations, prisoner petitions, deportation reviews, recovery of overpayments, and enforcement of judgments. Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases. For fiscal years prior to 2001, this table included data on recovery of overpayments and enforcement of judgments.