# EXHIBIT AE

**United States District Courts — National Judicial Caseload Profile**

|  |  |  | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Mar 31 2014 | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 |
| **Overall Caseload Statistics** | | Filings [1] | 406,331 | 376,905 | 371,507 | 387,758 | 379,581 | 398,224 |
| | | Terminations | 365,740 | 362,004 | 365,176 | 381,292 | 383,069 | 410,091 |
| | | Pending | 410,461 | 423,100 | 427,512 | 432,872 | 427,380 | 458,988 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -2.0 | 5.7 | 7.2 | 2.7 | 4.9 | |
| | | Number of Judgeships | 677 | 677 | 677 | 677 | 677 | 677 |
| | | Vacant Judgeship Months [2] | 877.2 | 533.2 | 641.7 | 1,032.3 | 1,426.3 | 1,592.6 |
| **Actions per Judgeship** | **Filings** | Total | 600 | 557 | 549 | 573 | 561 | 588 |
| | | Civil | 449 | 416 | 406 | 431 | 409 | 423 |
| | | Criminal Felony | 114 | 105 | 106 | 102 | 111 | 125 |
| | | Supervised Release Hearings | 37 | 36 | 37 | 39 | 41 | 41 |
| | Pending Cases [2] | | 606 | 625 | 631 | 639 | 631 | 678 |
| | Weighted Filings [2] | | 521 | 485 | 481 | 489 | 496 | 521 |
| | Terminations | | 540 | 535 | 539 | 563 | 566 | 606 |
| | Trials Completed | | 19 | 18 | 17 | 17 | 16 | 17 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.4 | 7.6 | 7.4 | 7.6 | 7.4 | 6.9 |
| | | Civil [2] | 8.6 | 8.6 | 8.7 | 9.9 | 10.1 | 11.1 |
| | From Filing to Trial [2] (Civil Only) | | 26.7 | 26.6 | 26.7 | 26.6 | 26.3 | 27.5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 28,560 8.8 | 28,656 8.4 | 42,069 12.2 | 61,011 17.4 | 52,820 15.6 | 60,064 16.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 50.9 | 49.2 | 47.9 | 49.7 | 50.5 | 52.9 |
| | | Percent Not Selected or Challenged | 37.6 | 36.4 | 37.3 | 38.3 | 36.6 | 38.5 |

| 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | |
|---|---:|---|---:|
| Total Civil | 286,289 | Total Criminal[1] | 84,139 |
| A-Social Security | 17,611 | A-Marijuana | 1,899 |
| B-Personal Injury/Product Liability | 47,821 | B-All Other Drugs | 21,803 |
| C-Prisoner Petitions | 54,066 | C-Immigration | 30,005 |
| D-Forfeitures and Penalties | 1,183 | D-Firearms and Explosives | 12,459 |
| E-Real Property | 6,987 | E-Fraud | 7,213 |
| F-Labor Suits | 17,117 | F-Violent Offenses | 2,640 |
| G-Contracts | 26,217 | G-Sex Offenses | 3,239 |
| H-Torts (other than Personal Injury/Product Liability) | 25,109 | H-Forgery and Counterfeiting | 344 |
| I-Copyright, Patent, and Trademark | 13,297 | I-Larceny and Theft | 1,118 |
| J-Civil Rights | 43,209 | J-Justice System Offenses | 814 |
| K-Antitrust | 534 | K-Regulatory Offenses | 851 |
| L-All Other Civil | 33,138 | L-All Other Criminal | 1,754 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2014 | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 5,188 | 5,075 | 5,827 | 5,458 | 4,021 | 4,188 | | |
| | | Terminations | 4,935 | 5,131 | 6,000 | 5,454 | 4,668 | 3,935 | | |
| | | Pending | 5,655 | 5,551 | 5,373 | 5,382 | 4,740 | 4,986 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -19.3 | -17.5 | -28.1 | -23.3 | 4.2 | | 43 | 5 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months ² | 24.0 | 24.7 | 25.3 | 36.0 | 37.0 | 45.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 649 | 634 | 728 | 682 | 503 | 524 | 42 | 5 |
| | | Civil | 507 | 540 | 603 | 592 | 395 | 390 | 34 | 3 |
| | | Criminal Felony | 140 | 93 | 125 | 90 | 106 | 133 | 25 | 4 |
| | | Supervised Release Hearings | 2 | 1 | 1 | 1 | 1 | 1 | 93 | 9 |
| | Pending Cases ² | | 707 | 694 | 672 | 673 | 593 | 623 | 25 | 5 |
| | Weighted Filings ² | | 934 | 927 | 1,181 | 949 | 618 | 604 | 18 | 4 |
| | Terminations | | 617 | 641 | 750 | 682 | 584 | 492 | 42 | 5 |
| | Trials Completed | | 20 | 15 | 14 | 14 | 12 | 11 | 71 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.3 | 14.3 | 12.2 | 11.9 | 11.5 | 9.9 | 50 | 8 |
| | | Civil ² | 9.1 | 8.3 | 6.5 | 7.2 | 7.8 | 8.7 | 40 | 4 |
| | From Filing to Trial ² (Civil Only) | | 21.3 | 22.9 | 20.9 | 18.2 | 20.2 | 18.3 | 4 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 207 5.5 | 216 5.3 | 221 5.7 | 218 5.4 | 232 6.9 | 216 6.6 | 51 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 2.2 | 2.0 | 2.0 | 1.9 | 1.8 | 1.9 | | |
| | Jurors | Avg. Present for Jury Selection | 34.3 | 41.0 | 37.8 | 39.0 | 37.1 | 45.1 | | |
| | | Percent Not Selected or Challenged | 29.5 | 36.7 | 29.9 | 34.2 | 29.5 | 38.5 | | |

### 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,120 | 121 | 48 | 1,092 | 9 | 82 | 136 | 346 | 237 | 546 | 209 | 5 | 289 |
| Criminal ¹ | 1,062 | 26 | 546 | 131 | 153 | 67 | 55 | 32 | 3 | 17 | 7 | 11 | 14 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

| CALIFORNIA NORTHERN | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2014 | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 7,422 | 6,734 | 7,644 | 8,556 | 8,653 | 8,798 | | |
| | | Terminations | 7,672 | 7,119 | 6,825 | 6,932 | 7,767 | 8,159 | | |
| | | Pending | 6,696 | 6,330 | 7,114 | 8,711 | 9,564 | 10,156 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 18.5 | 30.7 | 15.1 | 2.8 | 1.7 | | 57 | 7 |
| | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months [2] | 32.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 530 | 481 | 546 | 611 | 618 | 628 | 19 | 5 |
| | | Civil | 441 | 402 | 461 | 538 | 537 | 534 | 14 | 4 |
| | | Criminal Felony | 56 | 47 | 44 | 36 | 38 | 47 | 86 | 13 |
| | | Supervised Release Hearings | 33 | 32 | 40 | 37 | 43 | 48 | 28 | 8 |
| | Pending Cases [2] | | 478 | 452 | 508 | 622 | 683 | 725 | 16 | 4 |
| | Weighted Filings [2] | | 524 | 491 | 500 | 526 | 586 | 606 | 16 | 4 |
| | Terminations | | 548 | 509 | 488 | 495 | 555 | 583 | 24 | 6 |
| | Trials Completed | | 10 | 12 | 11 | 11 | 9 | 10 | 77 | 11 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.8 | 13.1 | 13.0 | 16.0 | 21.1 | 15.2 | 87 | 13 |
| | | Civil [2] | 8.1 | 7.9 | 7.3 | 7.4 | 7.2 | 7.9 | 28 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 34.2 | 30.5 | 23.9 | 31.6 | 27.1 | 28.4 | 30 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 392 7.1 | 428 8.3 | 499 8.5 | 467 6.2 | 446 5.2 | 1,031 11.5 | 69 | 10 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.4 | 1.6 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 61.6 | 60.7 | 60.6 | 71.9 | 62.9 | 72.0 | | |
| | | Percent Not Selected or Challenged | 39.0 | 46.1 | 41.5 | 44.0 | 36.0 | 41.8 | | |

### 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7,472 | 274 | 821 | 1,363 | 12 | 237 | 461 | 560 | 408 | 737 | 1,610 | 28 | 961 |
| Criminal [1] | 654 | 23 | 168 | 40 | 162 | 112 | 36 | 35 | 3 | 17 | 17 | 13 | 28 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."