# Exhibit AJ



United States Patent and Trademark Office

# Assignment abstract of title for Application 08897847

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| MOTION ESTIMATION AND COMPENSATION OF VIDEO OBJECT PLANES FOR INTERLACED DIGITAL VIDEO ROBERT O. EIFRIG, XUEMIN CHEN, AJAY LUTHRA | 6005980 Dec 21, 1999 | | 08897847 Jul 21, 1997 | | |

## Assignments (5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 034301/0001 | Oct 28, 2014 | Nov 19, 2014 | 200 | 552 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| MOTOROLA MOBILITY LLC | BRAKE HUGHES BELLERMANN LLP C/O CPA GLOBAL PO BOX 52050 MINNEAPOLIS, MN 55402 |

Assignee
GOOGLE TECHNOLOGY HOLDINGS LLC
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CALIFORNIA 94043

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030866/0113 | May 28, 2013 | Jul 9, 2013 | 964 | 30 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| GENERAL INSTRUMENT HOLDINGS, INC. | MOTOROLA MOBILITY LLC ATTN: NANETTE ORR 600 NORTH US HIGHWAY 45 LIBERTYVILLE, ILLINOIS 60048 |

Assignee
MOTOROLA MOBILITY LLC
600 NORTH US HIGHWAY 45
LIBERTYVILLE, ILLINOIS USA 60048

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030764/0575 | Apr 15, 2013 | Jul 9, 2013 | 964 | 30 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| GENERAL INSTRUMENT CORPORATION | MOTOROLA MOBILITY LLC<br>ATTN: NANETTE ORR<br>600 NORTH US HIGHWAY 45<br>LIBERTYVILLE, ILLINOIS 60048 |

Assignee
GENERAL INSTRUMENT HOLDINGS, INC.
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CALIFORNIA USA 94043

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 009435/0158 | Jul 28, 1998 | Sep 4, 1998 | 1 | 5 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| GENERAL INSTRUMENT CORPORATION OF DELAWARE | VOLPE AND KOENIG, P.C.<br>GERALD B. HALT, JR., ESQUIRE<br>400 ONE PENN CENTER<br>1617 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19103 |

Assignee
GENERAL INSTRUMENT CORPORATION
101 TOURNAMENT DRIVE
HORSHAM, PENNSYLVANIA 19044

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 008730/0461 | Jul 16, 1997 | Jul 21, 1997 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| EIFRIG, ROBERT O.<br>CHEN, XUEMIN<br>LUTHRA, AJAY | BARRY R. LIPSITZ<br>755 MAIN STREET<br>MONROE, CT 06468 |

Assignee
GENERAL INSTRUMENT CORPORATION OF DELAWARE
13TH FLOOR
8770 WEST BRYNMAWR AVENUE
CHICAGO, ILLINOIS 60631



# Assignment abstract of title for Application 10028007

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| MOTION ESTIMATION AND COMPENSATION OF VIDEO OBJECT PLANES FOR INTERLACED DIGITAL VIDEO Robert O. Eifrig, Xuemin Chen, Ajay Luthra | RE38564 Aug 10, 2004 | | 10028007 Dec 20, 2001 | | |

## Assignments (3 total)

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 034301/0001 | Oct 28, 2014 | Nov 19, 2014 | 200 | 552 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MOTOROLA MOBILITY LLC

Correspondent
BRAKE HUGHES BELLERMANN LLP
C/O CPA GLOBAL
PO BOX 52050
MINNEAPOLIS, MN 55402

Assignee
GOOGLE TECHNOLOGY HOLDINGS LLC
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CALIFORNIA 94043

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030866/0113 | May 28, 2013 | Jul 9, 2013 | 964 | 30 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
GENERAL INSTRUMENT HOLDINGS, INC.

Correspondent
MOTOROLA MOBILITY LLC
ATTN: NANETTE ORR
600 NORTH US HIGHWAY 45
LIBERTYVILLE, ILLINOIS 60048

Assignee
MOTOROLA MOBILITY LLC
600 NORTH US HIGHWAY 45
LIBERTYVILLE, ILLINOIS USA 60048

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030764/0575 | Apr 15, 2013 | Jul 9, 2013 | 964 | 30 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
GENERAL INSTRUMENT CORPORATION

Correspondent
MOTOROLA MOBILITY LLC
ATTN: NANETTE ORR
600 NORTH US HIGHWAY 45
LIBERTYVILLE, ILLINOIS 60048

Assignee
GENERAL INSTRUMENT HOLDINGS, INC.
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CALIFORNIA USA 94043