IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017, LLC, AND UNILOC USA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action Nos. 2:18-cv-00491, -492, -497, -500, -501-JRG<br><br>**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 140

Pending before the Court is Defendant Google LLCs Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404.  Having considered the Motion and Uniloc 2017's Response, the Court hereby GRANTS the Motion.