# EXHIBIT B

Case 2:18-cv-00550-JRG-RSP   Document 74-4   Filed 10/24/19   Page 2 of 4 PageID #: 128

# Exhibit B

Case 2:18-cv-00550-JRG-RSP   Document 74-4   Filed 10/24/19   Page 2 of 4 PageID #: 128

## DECLARATION OF PATRICK ORR

I, Patrick Orr, declare and state as follows:

1.  I am a People Analyst at Google LLC ("Google"). I have been a Google employee since 2014, including in the following locations: Boulder, Colorado, and Mountain View, California.

2.  I provide this declaration in support of Google's motions to dismiss or transfer. I submit this declaration on my knowledge of the corporate structure of Google and my investigation into facts relating to multiple complaints that I understand were filed in November 2018 by Plaintiffs Uniloc 2017 LLC and Uniloc USA LLC (together, "Uniloc").

3.  As a People Analyst, I am responsible for analytics on topics including employee retention and organizational design. As a member of Google's People Operations department, I have access to and am familiar with relevant data regarding Google's operations, staff, and physical presences.

4.  Google has been headquartered in the Northern District of California since its founding in 1998. It has been headquartered in Mountain View, California, in the Northern District of California, since at least 2004.

5.  Google's predecessor, Google Inc., was incorporated in Delaware. Google has since converted to an LLC, but remains registered in Delaware.

6.  Both today and in November 2018, decisions related to Google's overall business are made by managers and other employees located in Northern District of California including most significant engineering, sales, and marketing decisions related to Google's accused

Case 2:18-cv-00499-JRG-RSP   Document 182-4   Filed 04/19/19   Page 3 of 3 PageID #: 130

products.  Most or all senior management relating to Google's accused products are and have been located in the Northern District of California.

7.    Google does not maintain an office in the Eastern District of Texas, which I understand includes the counties identified on the Eastern District of Texas' website (http://www.txed.uscourts.gov/court-locator).  Accordingly, Google has no employees who work at any Google office in the Eastern District of Texas, including those involved in the design, development or management of the Google products accused in the cases filed by Uniloc.

8.    Google does maintain offices in Austin, Texas and San Antonio, Texas, both of which are in the Western District of Texas, and an office in Dallas (Addison), Texas, in the Northern District of Texas.

Patrick Orr

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2019, in Boulder, Colorado.

2